FULTON TRUST COMPANY OF NEW YORK, as Trustee for LILLIE U. SIMPSON under the Will of DANIEL UNDERHILL, Deceased, v. MARK CHARLES PLATT,

Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.